UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.R., on behalf of L.R.,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

22 Civ. 1881 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This case has been referred to Magistrate Judge Gorenstein for general pretrial matters. (See Dkt. No. 16) Accordingly, the initial pretrial conference scheduled to take place on June 9, 2022 before Judge Gardephe is adjourned sine die.

Dated: New York, New York
       May 26, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge